**Order entered November 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01445-CV**

**MONTGOMERY J. BENNETT AND EVAN (VAN) LANE SHAW,**
**Appellants**

**V.**

**MATTHEW ZUCKER, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-17721**

**ORDER**

Before the Court is appellee's November 17, 2020 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 2, 2020.

The Court's July 15, 2020 order providing that this appeal shall be submitted concurrently with its companion appeal, appellate cause number 05-20-00488-CV, remains in effect.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE